Form definmgt

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Denise Hamilton
202 Monee Road
Park Forest, IL 60466
SSN: xxx−xx−7909 EIN: N.A.

Case No. : 15−38767
Chapter : 7
Judge : Pamela S. Hollis

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 7 OR CHAPTER 11 CASES**
**OF REQUIRED DOCUMENT FOR DISCHARGE**

   Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must complete and file Certification About a Financial Management Course (Official Form 423) pursuant to Bankruptcy Rule 1007(b)(7). Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

   A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

   Official Form 423 is available at our website at www.ilnb.uscourts.gov/Forms/

   You must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341. If you do not file Official Form 423, your case will be closed without a discharge. You will still be liable for the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

   If you are represented by an attorney, please contact your attorney for guidance.

   If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: November 8, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 15-38767-PSH
Denise Hamilton Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: cward1     Page 1 of 1     Date Rcvd: Nov 08, 2018
                        Form ID: definmgt     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
db            +Denise Hamilton,    202 Monee Road,    Park Forest, IL 60466-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
               Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
               Zane  Zielinski, Trustee     trustee@zanezielinski.com,    zzielinski@ecf.epiqsystems.com
               Zane  Zielinski, Trustee     on behalf of Trustee Zane  Zielinski, Trustee
                trustee@zanezielinski.com,    zzielinski@ecf.epiqsystems.com
                                                                                                                                                                           TOTAL: 3